THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JOHN CLAYTON KELLY GASTON, Defendant-Appellant.

(No. 71-397;

Second District—January 30, 1973.

Opinion by Mr. JUSTICE SEIDENFELD.

Paul Bradley, of Defender Project, of Elgin, (James R. Streicker, of counsel,) for appellant.

Philip G. Reinhard, State's Attorney, of Rockford, (James W. Jerz, of counsel,) for the People.